IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 17-260 |
| ) | |
| KAHLIL SHELTON ) | |
| DERON HOWELL ) | |
| ) | |

[PROPOSED] ORDER

Upon consideration of [136] the government's motion *in limine*, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the Third Circuit Model Criminal Jury Instructions will be used to charge the jury in this case.

IT IS SO ORDERED this ___ day of May, 2018.

_____
Billy Roy Wilson
UNITED STATES DISTRICT JUDGE